1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTICT OF NEVADA**

10

TRILLIUM PARTNERS, L.P.,

11

Plaintiff,

12

vs.

13

SANWIRE CORPORATION

14

Defendants.

15

16

Case No.: 2:24-cv-00562-ART-BNW

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND ORDER ON DEFAULT JUDGMENT AND TO STAY ENFORCEMENT**

17     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff TRILLIUM

18 PARTNERS, L.P., by and through its attorneys Jason R. Maier, Esq. and Jean Paul Hendricks,

19 Esq. of the law offices of Maier Gutierrez & Associates and Defendant SANWIRE

20 CORPORATION, by and through its attorney Jay A. Shafer, Esq. of the law offices of Cory Reade

21 Dows & Shafer, that the time to file the Reply to Defendant's Motion to Set Aside Default and

22 Order on Default Judgment and to Stay Enforcement is extended to June 18, 2025.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

- 1 -

1

Dated this 11th day of June 2025.

2

CORY READE DOWS & SHAFER

3

By: /s/ Jay A. Shafer, Esq.
Jay A. Shafer, Esq.
Nevada Bar No. 9184

4

1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128

5

Attorneys for Defendant
SANWIRE CORPORATION

6

Dated this 11th day of June 2025.

MAIER GUTIERREZ & ASSOCIATES

By: /s/ Jean Paul Hendricks, Esq.
Jason R. Maier, Esq.
Nevada Bar No. 8557
Jean Paul Hendricks, Esq.
Nevada Bar No. 10079
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Attorneys for Plaintiff
TRILLIUM PARTNERS, L.P.

7

8

9

10

**ORDER**

11

Based upon the stipulation of counsel,

12

**IT IS HEREBY ORDERED** that the deadline to file the Reply to Defendant's Motion to

13

Set Aside Default and Order on Default Judgment and to Stay Enforcement is extended to June

14

18, 2025.

15

16

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

17

DATED: June 12, 2025

18

19

20

21

22

23

24

25

26

27

28